IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSHED A. CHOWDHURY<br>401 Southview Avenue<br>Silver Spring, MD 20905<br>　　　Plaintiff, | )<br>)<br>)<br>)<br>) | |
| 　　　　v. | )<br>) | Civil Action No.<br>1:07-cv-997 (RCL) |
| MIKE JOHANNS, Secretary,<br>U.S. DEPARTMENT<br>OF AGRICULTURE<br>100 Independence Avenue, SW<br>Washington, DC 20250<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | July 11, 2007 |

**SWORN DECLARATION OF SERVICE OF JONATHAN L. GOULD**

I, Jonathan L. Gould, business address, 1012 14th Street, NW, Suite 630 Washington, D.C. 20005, under the penalties hereby affirm that:

1. I am over eighteen years of age and I understand the meaning of an oath.

2. Pursuant to Rule 4(i)(I)(A) of the Federal Rules of Civil Procedure, on June 4, 2007, I served by certified mail, return receipt requested, a copy of the summons and complaint in this matter on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia 555 4th Street, Washington, DC 20530, on the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and Mike Johanns, Secretary, U.S. Department of Agriculture, 100 Independence Avenue, SW, Washington DC 20256.

3. I received confirmation that delivery of the summons and complaint was delivered to the parties listed above on June 7, 2007.

THE DECLARANT

/s/ Jonathan L. Gould_____
Jonathan L. Gould



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Khurshed A. Chowdhury
401 Southview Avenue
Silver Spring, MD 20905

**SUMMONS IN A CIVIL CASE**

V.

Mike Johanns, Secretary
U.S. Department of Agriculture
100 Independence Avenue, SW
Washington DC 20250

Case: 1:07-cv-00997
Assigned To : Lamberth, Royce C.
Assign. Date : 6/1/2007
Description: Employment Discrimination

TO: (Name and address of Defendant)

Mike Johanns, Secretary
U.S. Department of Agriculture
100 Independence Avenue, SW
Washington DC 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Kestell
Jonathan L. Gould
1012 14th Street, NW,
Suite 630
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 0 1 2007
CLERK                                       DATE

(By) DEPUTY CLERK