UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSHED A. CHOWDHURY<br>401 Southview Avenue<br>Silver Spring, MD 20905<br><br>                Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary,<br>U.S. DEPARTMENT OF<br>AGRICULTURE<br>100 Independence Avenue, SW<br>Washington, DC 20250<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0997 (RCL)<br>Electronic Case Filing |

ENTRY OF APPEARANCE

      THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

                                                       Respectfully submitted,

                                                     _____/S/_____
                                                     RHONDA C. FIELDS
                                                     United States Attorney's Office
                                                     Judiciary Center Building
                                                     555 4th Street, N.W. - Room E4804
                                                   Washington, D.C. 20530
                                                   202-514-6970 /(202) 514-8780 (fax)