UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSTED A. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07-0997 (RCL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant respectfully requests an extension of time until August 31, 2007, in which to file its answer in this matter.  The answer currently is due on August 10, 2007.

Defendant requests the extension because the individuals with knowledge concerning the allegations in plaintiff's complaint are on summer vacation and are not expected to return until the middle of the week of August 20, 2007.   Defendant is unable to address many of the factual allegations in the complaint without input from these individuals.

This is the first request made by defendant for an extension of time to file the answer. Counsel for plaintiff has been consulted, and plaintiff does not object to this motion.

Therefore its is requested that the Court grant this motion.   A proposed Order is

submitted with this motion.

                        Respectfully submitted,

                        _____
                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, D.C. Bar #434122
                        Assistant United States Attorney

                        _____
                        RHONDA C. FIELDS
                        Assistant United States Attorney
                        Civil Division
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSTED A. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07-0997 (RCL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the defendant's consent motion for an extension of time until August 31, 2007, in which to file its answer in this matter, it is hereby

ORDERED that the motion is GRANTED, and defendant shall file its answer on or before August 31, 2007.

Date: _____
UNITED STATES DISTRICT COURT JUDGE