UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSHED A. CHOWDHURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-997 (RCL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary, Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's consent motion [6] for an extension of time in which to file its answer or otherwise respond, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that defendant shall file its answer on or before August 31, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.