UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSTED A. CHOWDHURY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 07-0997 (RCL) |
| ) | |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER

Defendant Mike Johanns, Secretary, United States Department of Agriculture (hereinafter "Defendant" or "Agency"), by and through undersigned counsel, hereby answers the allegations in Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint contains certain claims upon which relief may not be granted.

### SECOND DEFENSE

This Court lacks subject matter jurisdiction over certain claims in the Complaint.

### THIRD DEFENSE

Plaintiff has failed to exhaust administrative remedies as to certain claims in the Complaint.

### FOURTH DEFENSE

Defendant denies each and every allegation in the Complaint except as may be expressly and specifically admitted. Defendant, using the numeration which appears in the Complaint,

responds to the separately numbered paragraphs and prayers for relief as follows:

## JURISDICTION

1. This paragraph contains Plaintiff's characterization of his action to which no answer is required.

3. (sic) Denied.

2. (sic) This paragraph consists of conclusions of law concerning jurisdiction to which no response is required.

3. (sic) This paragraph consists of conclusions of law concerning jurisdiction to which no response is required.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

4. Defendant admits that Plaintiff timely filed a formal EEO complaint on October 17, 2006. Defendant denies the remainder of this paragraph.

5. Defendant admits that Plaintiff has exhausted his administrative remedies for his October 17, 2006, complaint, but denies that he has properly exhausted complaints allegedly filed on March 7 and July 14, 2006.

## PARTIES

6. Admit.

7. Defendant is without sufficient knowledge to either admit nor deny Plaintiff's race. Defendant admits the remainder of this paragraph.

8. Admit.

9. Defendant admits that the defendant Mike Johanns is being sued in his official capacity.

## STATEMENT OF CLAIMS

10 -13.  Defendant lacks sufficient information to admit or deny and therefore denies.

.

14.  Defendant at this time lacks sufficient information to admit or deny and therefore denies.

15.  Defendant at this time lacks sufficient information to admit or deny and therefore denies.

16.  Defendant at this time lacks sufficient information to admit or deny and therefore denies.

17.  Defendant denies the first sentence of this paragraph and admits the second sentence.

18.  Denied.

19.  Denied.

20.  Admit first part of the allegation and deny the remainder of the allegation.

21.  Denied.

22.  Denied.

23.  Denied.

24.  Denied.

25.  Denied.

26.  Admit first sentence in this paragraph and deny the remainder.

27.  Denied.

28.  Admit.

29.  Admit.

30. Deny the first sentence and admit the remainder of this paragraph..

31. Admit.

32. Deny the first sentence.  Admit the first part of the second sentence and deny the remainder of the second sentence.

33. Deny the first sentence and admit the second sentence.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Admit that Harman and Salamone were not from Bangladesh, deny that they were substantially younger than Plaintiff;  the Agency at this time has insufficient knowledge concerning whether Harman and Salamone previously filed discrimination complaints, and therefore denies.  Admit the second sentence.

43. Denied.

44. Defendant admits the first sentence in this paragraph and denies the remainder.

45. Admit.

46. Denied.

47. Denied.

**CLAIM ONE (DISCRIMINATION BASED ON RACE AND NATIONAL ORIGIN IN RATING THE PLAINTIFF'S PERFORMANCE UNACCEPTABLE AND IN REMOVING HIM FROM FEDERAL EMPLOYMENT)**

48. Defendant re-alleges its answers to paragraphs 1-47.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

**CLAIM TWO (DISCRIMINATION BASED ON AGE IN RATING THE PLAINTIFF'S PERFORMANCE UNACCEPTABLE AND IN REMOVING HIM FROM FEDERAL EMPLOYMENT)**

53. Defendant incorporates by reference its answers to paragraphs 1-52.

54. Denied.

55. Denied.

56. Denied.

**CLAIM THREE (DISCRIMINATION IN VIOLATION OF TITLE VII BASED ON FILING EEOC COMPLAINTS IN RATING THE PLAINTIFF'S PERFORMANCE UNACCEPTABLE AND REMOVING HIM FROM FEDERAL EMPLOYMENT)**

57. Defendant incorporates by reference its answers to paragraphs 1-56.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

**CLAIM FOUR (DISCRIMINATION IN VIOLATION OF THE ADEA BASED ON FILING EEOC COMPLAINTS IN RATING THE PLAINTIFF'S PERFORMANCE UNACCEPTABLE AND REMOVING HIM FROM FEDERAL EMPLOYMENT)**

62. Defendant incorporates by reference its answers to paragraphs 1-61.

63. Denied.

64. Denied.

65. Denied.

### DEMAND FOR RELIEF

The following paragraphs are plaintiff's demand for relief to which no response is required. To the extent that an answer is deemed to be required, defendant denies that plaintiff is entitled to any relief.

### DEMAND FOR JURY TRIAL

The following sentence is Plaintiff's demand for a jury trial to which no response is required. To the extent that an answer is deemed to be required, defendant denies that Plaintiff has a right to a jury trial as to his claims under the ADEA.

Defendant denies each and every allegation of the Complaint not specifically and expressly admitted herein.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
RHONDA FIELDS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514- 6970

Of Counsel:
Robert Hardin, D.C. BAR #393164
Office of the General Counsel
U. S. Department of Agriculture