IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSHED A. CHOWDHURY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>U.S. DEPARTMENT )<br>OF AGRICULTURE )<br>)<br>)<br>Defendant ) | Civil Action No.<br>1:07-cv-997 (RCL)<br><br><br><br><br><br>October 10, 2007 |

**THE PARTIES' LOCAL CIV. R. 16.3 STATEMENT**

1. The plaintiff brings this action under The Age Discrimination In Employment Act (ADEA), 29 U.S.C. §621, et. seq. at §633a(a) and §717 of Title VII of the Civil Rights Act of 1964, as amended, (Title VII) 42 U.S.C. §2000e, et. seq. at §2000e-16, incorporating the provisions of §§703 and 704 of Title VII, 42 U.S.C. §§2000e-2 and 3 against his former employer for terminating him because of his age, race, national origin, and because he had previously filed discrimination complaints.

2. There have been no dispositive motions filed in this case thus far.  The plaintiff does not believe that this case can be disposed of by motion.  Defendant believes this case may be disposed of by motion at the close of discovery.

3.  The parties have discussed issues related to the disclosure and preservation of electronically stored information.  The parties agree to preserve all electronically stored

information related to the case. Based on the parties' current understanding of the scope of this litigation, it is believed that all such information can be produced in paper format. At this time, the plaintiff does not believe he has any electronically stored information related to this case in his possession. The parties do not anticipate joining any other parties. The parties do not believe that any factual or legal issues can be further narrowed at this point.

    4. The parties do not agree to a magistrate judge for all matters in this case, although the plaintiff has not opposed such an assignment.

    5. The parties believe that there may be some possibility of settling this case after some discovery, although not at this point, and will inform the court if the possibility of settlement becomes realistic at any time.

    6. The parties believe that mediation may become appropriate in this case after some discovery has been completed.

    7. The plaintiff does not believe that this case can be disposed of by motion for summary judgment or motion to dismiss. Defendant believes that this case may be disposed of on motion for summary judgment or motion to dismiss at some point in the future.

    8. The parties believe that the deadline for dispositive motions should be 45 days after the close of discovery, with oppositions due 30 days after service of the dispositive motion and reply briefs due 15 days after service of opposition.

    9. The parties hereby stipulate and agree that initial disclosures pursuant to Rule 26(a)(1) of the F.R.Civ.P. be dispensed with.

    10. The parties believe that discovery should close 180 days after the date of the scheduling order, with the presumptive limits of the local rules imposed upon the number of

depositions and interrogatories, i.e. no more than 10 depositions and 25 interrogatories per party. Deposition of any witness shall not exceed 7 hours.

11. The parties propose that plaintiff's Rule 26(a)(2) report be served no later than 60 days before the close of discovery with defendant's report to be served 30 days thereafter.

12. There are no class issues involved in this case.

13. The parties agree that neither discovery nor trial should be bifurcated.

14. The parties propose that a final pre-trial date be set after the Court's decision on dispositive motions.

15. The parties propose that a firm trial date be set after the decision on dispositive motions when pre-trial date is set.

Respectfully submitted,

FOR THE PLAINTIFF

By   /s/
    James L. Kestell
    DC Bar #955310
    Jonathan L. Gould
    DC Bar # 491052
    KESTELL & ASSOCIATES
    209 Midvale St.
    Falls Church, VA 22046
    1012 14th Street, NW Suite 630
    Washington, DC 20005
    (703) 237-2912
    (202) 347-4481

Respectfully submitted,
FOR THE DEFENDANT


By /s/_____


JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

By /s/_____

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSHED A. CHOWDHURY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>U.S. DEPARTMENT )<br>OF AGRICULTURE )<br>)<br>)<br>Defendant ) | Civil Action No.<br>1:07-cv-997 (RCL)<br><br>October 10, 2007 |

**SCHEDULING ORDER**

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on April 17, 2008.

2. Plaintiff's 26(a)(2) report will be due on February 17, 2008. Defendant's 26(a)(2) report will be due March 17, 2008..

3. Dispositive motions after discovery must be filed by June 1, 2008. Oppositions are due thirty days after the filing of dispositive motions, and reply briefs are due fifteen days after the filing of oppositions.

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE