IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSHED A. CHOWDHURY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>U.S. DEPARTMENT )<br>OF AGRICULTURE, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:07-cv-997 (RCL) |

**SCHEDULING ORDER**

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on April 17, 2008.

2. Plaintiff's 26(a)(2) report will be due on February 17, 2008. Defendant's 26(a)(2) report will be due March 17, 2008..

3. Dispositive motions after discovery must be filed by June 1, 2008. Oppositions are due thirty days after the filing of dispositive motions, and reply briefs are due fifteen days after the filing of oppositions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 11, 2007.