UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSTED A. CHOWDHURY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 07-0997 (RCL) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND TO AMEND SCHEDULING ORDER

Defendant, on behalf of both parties, respectfully requests an extension of time until May 16, 2008 in which to complete discovery in this matter, and until June 30, 2008 in which to file dispositive motions. Discovery currently is scheduled to close on April 17, 2008 and dispositive motions are due by June 1, 2008. The parties have exchanged initial written discovery and supplemental discovery requests are being addressed. The extension of time is needed to allow the completion of supplemental written discovery and the completion of depositions.

This is the first request made for an extension of time to complete discovery and to amend the scheduling order. Counsel for the parties have consulted, and plaintiff consents to this motion.

Therefore its is requested that the Court grant this motion. A proposed Order is

submitted with this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSTED A. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07-0997 (RCL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the consent motion for an extension of time until May 16, 2008 in which to complete discovery in this matter, and until June 30, 2008 in which to file dispositive motions, it is hereby

ORDERED that the motion is GRANTED.

Date: _____
UNITED STATES DISTRICT COURT JUDGE