UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSTED A. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07-0997 (RCL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

    Defendant, respectfully requests an extension of time until July 14, 2008 in which to file its dispositive motion.  Dispositive motions currently are due by June 30, 2008.

    The extension of time is needed to allow the undersigned counsel to obtain information needed from the defendant agency to complete the motion and to obtain supervisory approval of the motion within the agency and the United States Attorney's Office.  Counsel has been unable to obtain the required information and consultation due to annual leave schedules of agency personnel during this vacation period.   This is the first request made for an extension of time to file defendant's dispositive motion.   Counsel for the plaintiff has advised that he does not consent this motion.

    Therefore its is requested that the Court grant this motion.   A proposed Order is

submitted with this motion.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/ Rhonda C. Fields
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSTED A. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07-0997 (RCL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the defendant's motion for an extension of time until July 14, 2008, in which to file its dispositive motion in this matter, it is hereby

ORDERED that the motion is GRANTED, and defendant shall file its answer on or before July 14, 2008.

Date: _____

UNITED STATES DISTRICT COURT JUDGE