IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSHED A. CHOWDHURY )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>ED SCHAFER, Secretary, )<br>U.S. DEPARTMENT )<br>OF AGRICULTURE )<br> )<br>    Defendant ) | Civil Action No.<br>**1:07-cv-997 (RCL)**<br><br>July 10, 2008 |

## **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

This is the plaintiff's response to the defendant's motion for extension of time to file its motion for summary judgment. The plaintiff has no objection to the defendant's motion.

The plaintiff's counsel was away when defendant's counsel contacted him about the motion. The message he left was that he would not object unless the motion was untimely and he could not check that fact until he returned to the office. Upon returning to the office, counsel reviewed the scheduling order and previous extensions thereto. He determined that the defendant's motion was timely filed.  Thus, he has no objection to the motion.

Should the Court grant the motion, according to the original scheduling order, the plaintiff would have 30 days to file his opposition from the date the defendant's files the motion. Pursuant to the order, the plaintiff does not intend to file his opposition until the expiration of that 30-day period.

       Respectfully submitted,


       By /s/Jonathan L. Gould_____

       Jonathan L. Gould
       DC Bar # 491052
       1730 M Street, NW, Suite 412
       Washington, DC 20036
       Tel. No. (202) 347-3889
       Fax No. (703) 652-7589
       Email jgould@igc.org