UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHURSTED A. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 07-0997 (RCL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the defendant's motion for an extension of time until July 14, 2008, in which to file its dispositive motion in this matter, it is hereby

ORDERED that the motion be, and hereby is GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on July 10, 2008.