UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSTED A. CHOWDHURY )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 07-0997 (RCL) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant respectfully requests an extension of time until September 3, 2008 in which to file its reply in this matter. The reply currently is due on August 29, 2008. Agency counsel in this matter has been unavailable for consultation and review because he has been out of his office for an extended period of time and returned on August 27, 2008. The extension of time is needed to allow for finalization of the reply and supervisory review within the agency and this office  This is the first request made for an extension of time to file the reply. Counsel for the parties have consulted, and plaintiff consents to this motion.

Therefore its is requested that the Court grant this motion. A proposed Order is

submitted with this motion.

                                         Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

                                              /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

                                              /s/ Rhonda C. Fields
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSTED A. CHOWDHURY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 07-0997 (RCL) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |

ORDER

    Upon consideration of the consent motion for an extension of time until September 3, 2008  in which to file defendant's Reply, it is hereby

    ORDERED that the motion is GRANTED.

Date:     _____
    UNITED STATES DISTRICT COURT JUDGE