UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHURSTED A. CHOWDHURY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No: 07-0997 (RCL) |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the consent motion for an extension of time until September 3, 2008 in which to file defendant's Reply, it is hereby

ORDERED that the motion is GRANTED, nunc pro tunc.

Date: 9/4/2008                 _____/s/_____
                               ROYCE C. LAMBERTH
                               CHIEF JUDGE